UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Ajina Olusesan,

              Plaintiff,

vs.

Bluestem Brands, Inc. d/b/a Fingerhut,

              Defendant.

------------------------------------------------------------------X

Case No. 1:14-cv-01621-JBW-RLM

**STIPULATION OF DISMISSAL**

        WHEREAS Plaintiff filed a Complaint on March 10, 2014;

        WHEREAS the Complaint includes a single cause of action against Defendant Bluestem Brands, Inc. d/b/a Fingerhut ("Bluestem") for alleged violations of the Telephone Consumer Protection Act and seeking statutory damages, punitive damages, and other relief;

        WHEREAS Plaintiff and Bluestem, for good and valuable consideration, have agreed to settle Plaintiff's claims against Bluestem ("Settlement Agreement");

        WHEREAS pursuant to the Settlement Agreement, Plaintiff agreed to dismiss her claims against Bluestem with prejudice;

        IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Bluestem, by and through their undersigned counsel, as follows:

        Plaintiff dismisses, with prejudice, all claims against Bluestem in the above-captioned action, without costs or attorney fees to either side.

SO ORDERED:
S/ MKB 08/04/2014

Dated:    New York, New York
July 30, 2014

_____
MARGO K. BRODIE
United States District Judge

/s/ Sergei Lemberg
_____
Sergei Lemberg, Esq.
LEMBERG LAW L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: 203.653.2250
Facsimile: 203.653.3424

*Attorneys for Plaintiff Ajina Olusesan*

_____
Nathaniel I. Kolodny, Esq.
BALLARD SPAHR STILLMAN &
FRIEDMAN LLP
425 Park Avenue
New York 10022-3556
Telephone: 212.223.0200
Facsimile: 212.223.1942

*Attorneys for Defendant Bluestem Brands, Inc. d/b/a Fingerhut*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 30, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court Eastern District of New York Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Nathaniel I. Kolodny, Esq.
BALLARD SPAHRSTILLMAN& FRIEDMAN LLP
425 Park Avenue
New York, NY  10022-3556
*Attorney for Defendant*

                                            By */s/ Sergei Lemberg*
                                                  Sergei Lemberg, Esq.